IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL SNYDER**  **PLAINTIFF**
**ADC #110930**

V.                    CASE NO. 5:18-CV-294-BSM-BD

**WENDY KELLEY,** *et al*.                    **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.     Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Chief Judge Brian S. Miller. Plaintiff Michael Snyder may file written objections with the Clerk of Court if he disagrees with all or part of the Recommendation. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Snyder does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Chief Judge Miller can adopt this Recommendation without independently reviewing the record.

**II.    Discussion:**

Five inmates who are currently incarcerated at the Arkansas Department of Correction (ADC) filed a complaint challenging certain ADC policies. (Docket entry #1) Mr. Snyder is one of those Plaintiffs. (#1) Pursuant to court policy, the Clerk of Court opened a separate case to address each Plaintiff's claims. Mr. Snyder is proceeding *in forma pauperis*. (#4)

The initial complaint did not include enough information about Mr. Snyder's claims to move forward, and Mr. Snyder did not sign it. (#1) He was ordered to file an amended complaint within 30 days of January 7, 2019, to cure the deficiencies. (#4) To date, he has failed to comply with the Court's January 7, 2019 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Snyder that his claims could be dismissed if he failed to comply with the Court's Order to amend his complaint. (#4)

### III.   Conclusion:

The Court recommends that Mr. Snyder's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 7, 2019 Order.

DATED this 11th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE