IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL SNYDER PLAINTIFF
ADC #110930

v. CASE NO. 5:18-CV-00294 BSM

WENDY KELLEY, et al. DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 5] is adopted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of March 2019.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE